**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 25-mj-74** |
| **v.** | **:** | |
| | **:** | |
| **JAMIE SPIES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

     The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rebecca Ross.  AUSA Rebecca Ross will be substituting for AUSA Jocelyn Bond.

     Respectfully submitted,

     JEANINE FERRIS PIRRO
     United States Attorney

By:    /s/ *Jocelyn Bond*
       Jocelyn Bond
       DC Bar No. 1008904
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       (202)809-0793
       Jocelyn.Bond@usdoj.gov